**BRIAN MICHAELS**, OSB # 92560
259 East Fifth Avenue
Suite 300-D
Eugene, Oregon   97401
Telephone: 541.687.0578
Fax:          541.686.2137
Brian@Brianmichaelslaw.com
Attorney For Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ASHLEY LEANN CARR, | **Case No.: 6:21-cv-1402—MC** |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| CITY OF SPRINGFIELD; OFFICER JOSEPH BURKE (BADGE 365), | |
| Defendants. | |

Pursuant to the November 29, 2023, court order, the parties hereby submit their Joint Status Report.

1. All parties have conferred on trial dates.

2. The parties concur that the Trial will begin on August 19, 2024, and will last four days.

Dated this 6th day of December 2023,

   BY:


              /s/BRIAN MICHAELS
              BRIAN MICHAELS OSB 925607